IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELODY ANN WHITTEMORE,

   Plaintiff,       No. CIV S-12-0347 EFB P

 vs.

D. K. JOHNSON,

   Defendants.      <u>ORDER</u>

_____/

   Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. She requests leave to proceed *in forma pauperis*.

   Plaintiff alleges a violation of her civil rights in Madera County, California. Madera County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

   Accordingly, it is hereby orderd that:

   1. This action is transferred to the Fresno Division.

   2. The Clerk of Court shall assign a new case number.

////

////

1       3. All future filings shall bear the new case number and shall be filed at:

2              United States District Court
               Eastern District of California
3              2500 Tulare Street
               Fresno, CA 93721
4

5   DATED: February 28, 2012.

6                                         _____
                                          EDMUND F. BRENNAN
7                                         UNITED STATES MAGISTRATE JUDGE